# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff(s),    :    Case No. 3:07-cr-76

- vs -    Magistrate Judge Michael R. Merz

ERIC LOUDERBACK,

        Defendant(s).    :

## ORDER REVOKING PROBATION

This case came on for hearing on January 11, 2012, on report of the Probation Officer that Defendant had violated his probation by being convicted of Operating a Vehicle While Intoxicated in Fairborn Municipal Court on December 2, 2011.

Defendant admitted the violation of his probation.

Accordingly, it is hereby ordered that Defendant Eric Louderback's probation is revoked and he is ordered committed to the custody of the Attorney General of the United States for a period of ten (10) days. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

January 12, 2012

                                                        s/ **Michael R. Merz**
                                                        United States Magistrate Judge